UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1269,<br><br>Plaintiff,<br><br>v.<br><br>YP ADVERTISING AND PUBLISHING, LLC,<br><br>Defendant. | Case No. 16-cv-00767-JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Docket No. 5 |

On February 16, 2016, Plaintiff filed a motion for a temporary restraining order. It is HEREBY ORDERED that Defendant shall file an opposition to the motion by no later than 10:00 a.m. on Friday, February 19, 2016. Plaintiff shall file a reply brief by no later than 10:00 a.m. on Tuesday, February 23, 2016. The Court shall hold a hearing on the motion at 2:00 p.m. on Wednesday, February 24, 2016.

**IT IS SO ORDERED.**

Dated: February 17, 2016

JEFFREY S. WHITE
United States District Judge